# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHAPTER 4 CORP., <br><br> Plaintiff, <br><br> v. <br><br> QINGHUA CHEN, et al., <br><br> Defendants. | Case No. 19-cv-03782 <br><br> **Judge Robert W. Gettleman** <br><br> **Magistrate Judge Sheila M. Finnegan** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Chapter 4 Corp. ("Plaintiff") hereby dismiss this action with prejudice against the following Defendants:

| Defendant Name | Line No. |
|---|---|
| bestofferoverhere | 25 |
| comedreamworld | 54 |
| espyteass | 74 |
| fashionspro | 78 |
| gobetterdeal | 94 |
| happywhile | 107 |
| keeper-mall | 149 |

Dated this 16th day of August 2019.     Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff Chapter 4 Corp.*